## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| JONATHAN C. CRAVENS and<br>THRESSA CRAVENS,<br><br>　　　　　Plaintiffs<br>V.<br><br>NEW CENTURY MORTGAGE<br>COMPANY; ET AL.<br><br>　　　　　Defendants | *<br>*<br>*<br>*<br>*<br>*　NO:  4:11CV00289  SWW<br>*<br>*<br>*<br>* |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 26TH DAY OF OCTOBER, 2011.

　　　　　　　　　　　　　　　　　　　/s/Susan Webber Wright

　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE