**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | | |
|---|---|---|
| JONATHAN C. CRAVENS and<br>THRESSA CRAVENS, | *<br>*<br>* | |
| Plaintiffs | * | |
| V. | *<br>* | NO:  4:11CV00289  SWW |
| NEW CENTURY MORTGAGE<br>COMPANY; ET AL. | *<br>*<br>* | |
| Defendants | | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 26TH DAY OF OCTOBER, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE